**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

August 14, 2015

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
201 West 14th St., Room 106
Austin, TX 78701

Re:      Cause No. 13-11-00442-CR
Tr.Ct.No.  07-06200-CRF-272
Style:    DAVID SAMARIPAS JR. v. THE STATE OF TEXAS


        The record in the above cause was this day electronically submitted to the Court of Criminal Appeals.


                        Very truly yours,

                        Cecile Foy Gsanger, Clerk


DER:ch

cc:    Judge Travis B. Bryan III
       Hon. Marc Hamlin (DELIVERED VIA E-MAIL)
       Hon. Richard E. Wetzel (DELIVERED VIA E-MAIL)